**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JACKPOCKET, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> LOTTOMATRIX NY LLC, LOTTOMATRIX CORPORATION, LOTTOMATRIX OPERATIONS LIMITED d/b/a JACKPOT.COM, LOTTOMATRIX MALTA LIMITED, and 99DYNAMICS LIMITED, <br><br> *Defendants*. | **Case No. 22-cv-05772 (LJL)** <br><br><br> **NOTICE OF APPEAL** |

Jackpocket, Inc. hereby gives notice that it appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered by this Court on December 29, 2022 (Dkt. 137), and all other orders entered in this case, including the Court's order of December 7, 2022 (Dkt. 131), denying Jackpocket, Inc.'s request for a permanent injunction and accounting.

Dated:  January 4, 2023

Respectfully submitted,

*/s/Douglas A. Rettew*
Douglas A. Rettew (*pro hac vice*)
Danny Awdeh (*pro hac vice*)
Mary Kate Brennan
Patrick J. Rodgers (*pro hac vice*)
Troy Viger (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW,**
   **GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400
doug.rettew@finnegan.com
danny.awdeh@finnegan.com
marykate.brennan@finnegan.com
patrick.rodgers@finnegan.com
troy.viger@finnegan.com

*Attorneys for Plaintiff*
*Jackpocket, Inc.*

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:22–cv–05772–LJL

| | |
|---|---|
| Jackpocket, Inc. v. Lottomatrix NY LLC et al | Date Filed: 07/07/2022 |
| Assigned to: Judge Lewis J. Liman | Date Terminated: 12/29/2022 |
| Cause: 15:1051 Trademark Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jackpocket, Inc.**      represented by    **Danny M. Awdeh**
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Avenue NW
Washington, DC 20001–4413
202–408–4353
Fax: 202–408–4400
Email: danny.awdeh@finnegan.com
*ATTORNEY TO BE NOTICED*

**Douglas Anthony Rettew**
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Aveneue, NW
Washington, DC 20001
202–408–4000
Fax: 202–408–4400
Email: doug.rettew@finnegan.com
*ATTORNEY TO BE NOTICED*

**Patrick J Rodgers**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001–4413
202–408–4000
Fax: 202–408–4400
Email: patrick.rodgers@finnegan.com
*ATTORNEY TO BE NOTICED*

**Troy Viger**
271 17th Street Nw
Atlanta, GA 30363
470–449–4812
Email: troy.viger@finnegan.com
*ATTORNEY TO BE NOTICED*

**Mary Catherine Brennan**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001–4413
202–408–3770
Fax: 202–408–4400
Email: MaryKate.Brennan@finnegan.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lottomatrix NY LLC**                 represented by   **Carey Richard Ramos**
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212)–849–7000
Fax: (212)–849–7000
Email: careyramos@quinnemanuel.com
*LEAD ATTORNEY*

**Rachel Elizabeth Epstein**
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010
(212)–849–7485
Fax: (212)–849–7100
Email: rachelepstein@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooke Shanelle Boll**
Sidley Austin LLP
.
555 West Fifth St.
Los Angeles, CA 90013
213–896–6000
Fax: 213–896–6600
Email: brooke.boll@sidley.com
*TERMINATED: 09/01/2022*

**Claudia T Bogdanos**
Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849–7000
Fax: (212) 849–7100
Email: claudiabogdanos@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Donald J Reinhard**
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Ave
New York, NY 10010
(212)–849–7314
Email: donaldreinhard@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Dylan I Scher**
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212–849–7492
Email: dylanscher@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Eric Schwartz**
Sidley Austin LLP
555 West Fifth Street
Suite 2200
Los Angeles, CA 90013
213–896–6162
Email: eschwartz@sidley.com
*TERMINATED: 09/01/2022*

**Rollin A. Ransom**
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
(213)–896–6047
Fax: 213–896–6600
Email: rransom@sidley.com
*TERMINATED: 09/01/2022*

**Sona De**
Sidley Austin LLP
1211 Avenue of the Americas
New York, NY 10036
212–596–9000
Email: sde@sidley.com
*ATTORNEY TO BE NOTICED*

**Stacylyn M. Doore**
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Avenue
Suite 520
Boston
Boston, MA 02199
617–712–7100
Email: stacylyndoore@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Tai Hyun Park**
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212–849–7000
Fax: 212–839–7100
Email: taipark@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Todd Steven Anten**
Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849–7141
Fax: (212) 849–7100
Email: toddanten@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lottomatrix Corporation**     represented by     **Carey Richard Ramos**
(See above for address)
*LEAD ATTORNEY*

**Rachel Elizabeth Epstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooke Shanelle Boll**
(See above for address)
*TERMINATED: 09/01/2022*

**Claudia T Bogdanos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald J Reinhard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dylan I Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Schwartz**
(See above for address)
*TERMINATED: 09/01/2022*

**Rollin A. Ransom**
(See above for address)
*TERMINATED: 09/01/2022*

**Sona De**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacylyn M. Doore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tai Hyun Park**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Todd Steven Anten**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lottomatrix Operations Limited**
*doing business as*
Jackpot.com

represented by **Carey Richard Ramos**
(See above for address)
*LEAD ATTORNEY*

**Rachel Elizabeth Epstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooke Shanelle Boll**
(See above for address)
*TERMINATED: 09/01/2022*

**Claudia T Bogdanos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald J Reinhard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dylan I Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Schwartz**
(See above for address)
*TERMINATED: 09/01/2022*

**Rollin A. Ransom**
(See above for address)

*TERMINATED: 09/01/2022*

**Sona De**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacylyn M. Doore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tai Hyun Park**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Todd Steven Anten**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lottomatrix Malta Limited**                represented by   **Carey Richard Ramos**
(See above for address)
*LEAD ATTORNEY*

**Rachel Elizabeth Epstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooke Shanelle Boll**
(See above for address)
*TERMINATED: 09/01/2022*

**Claudia T Bogdanos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald J Reinhard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dylan I Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Schwartz**
(See above for address)
*TERMINATED: 09/01/2022*

**Rollin A. Ransom**
(See above for address)
*TERMINATED: 09/01/2022*

**Sona De**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacylyn M. Doore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tai Hyun Park**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Todd Steven Anten**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**99Dynamics Limited**                    represented by    **Carey Richard Ramos**
(See above for address)
*LEAD ATTORNEY*

**Rachel Elizabeth Epstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooke Shanelle Boll**
(See above for address)
*TERMINATED: 09/01/2022*

**Claudia T Bogdanos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald J Reinhard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dylan I Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Schwartz**
(See above for address)
*TERMINATED: 09/01/2022*

**Rollin A. Ransom**
(See above for address)
*TERMINATED: 09/01/2022*

**Sona De**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacylyn M. Doore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tai Hyun Park**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Todd Steven Anten**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Lotto.com, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2022 | 1 | COMPLAINT against 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited d/b/a Jackpot.com. (Filing Fee $ 402.00, Receipt Number ANYSDC−26380666)Document filed by Jackpocket, Inc.. (Attachments: # 1 Exhibit A − Jackpocket courier licenses, |

| | | New York Lottery and New Jersey Lottery, # 2 Exhibit B – U.S. Trademark Registration No. 4743194, # 3 Exhibit C – Irish Times Article, # 4 Exhibit D – Casino Article, # 5 Exhibit E – Jackpots June 22, 2022 press release, # 6 Exhibit F – CNBC Article, # 7 Exhibit G – Sports Geek Article, # 8 Exhibit H – PlayUSA Article).(Brennan, Mary) (Entered: 07/07/2022) |
|---|---|---|
| 07/07/2022 | 2 | CIVIL COVER SHEET filed..(Brennan, Mary) (Entered: 07/07/2022) |
| 07/07/2022 | 3 | AO 120 FORM TRADEMARK – NOTICE OF SUBMISSION BY ATTORNEY. AO 120 Form Patent/Trademark for case opening submitted to court for review..(Brennan, Mary) (Entered: 07/07/2022) |
| 07/07/2022 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Lottomatrix NY LLC, re: 1 Complaint,,. Document filed by Jackpocket, Inc...(Brennan, Mary) (Entered: 07/07/2022) |
| 07/07/2022 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Lottomatrix Corporation, re: 1 Complaint,,. Document filed by Jackpocket, Inc...(Brennan, Mary) (Entered: 07/07/2022) |
| 07/07/2022 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to Lottomatrix Operations Limited d/b/a Jackpot.com, re: 1 Complaint,,. Document filed by Jackpocket, Inc...(Brennan, Mary) (Entered: 07/07/2022) |
| 07/07/2022 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to Lottomatrix Malta Limited, re: 1 Complaint,,. Document filed by Jackpocket, Inc...(Brennan, Mary) (Entered: 07/07/2022) |
| 07/07/2022 | 8 | REQUEST FOR ISSUANCE OF SUMMONS as to 99Dynamics Limited, re: 1 Complaint,,. Document filed by Jackpocket, Inc...(Brennan, Mary) (Entered: 07/07/2022) |
| 07/07/2022 | 9 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Jackpocket, Inc...(Brennan, Mary) (Entered: 07/07/2022) |
| 07/08/2022 | | ***NOTICE TO ATTORNEY REGARDING CIVIL CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Mary Catherine Brennan. The following case opening statistical information was erroneously selected/entered: Cause of Action code 15:1114;. The following correction(s) have been made to your case entry: the Cause of Action code has been modified to 15:1051;. (jgo) (Entered: 07/08/2022) |
| 07/08/2022 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Lewis J. Liman. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(jgo) (Entered: 07/08/2022) |
| 07/08/2022 | | Magistrate Judge Valerie Figueredo is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (jgo) (Entered: 07/08/2022) |
| 07/08/2022 | | Case Designated ECF. (jgo) (Entered: 07/08/2022) |
| 07/08/2022 | 10 | ELECTRONIC SUMMONS ISSUED as to 99Dynamics Limited..(jgo) (Entered: 07/08/2022) |
| 07/08/2022 | 11 | ELECTRONIC SUMMONS ISSUED as to Lottomatrix Corporation..(jgo) (Entered: 07/08/2022) |
| 07/08/2022 | 12 | ELECTRONIC SUMMONS ISSUED as to Lottomatrix Malta Limited..(jgo) (Entered: 07/08/2022) |

| | | |
|---|---|---|
| 07/08/2022 | 13 | ELECTRONIC SUMMONS ISSUED as to Lottomatrix NY LLC..(jgo) (Entered: 07/08/2022) |
| 07/08/2022 | 14 | ELECTRONIC SUMMONS ISSUED as to Lottomatrix Operations Limited..(jgo) (Entered: 07/08/2022) |
| 07/08/2022 | 15 | AO 120 FORM TRADEMARK – CASE OPENING – SUBMITTED. In compliance with the provisions of 15 U.S.C. 1116, the Director of the U.S. Patent and Trademark Office is hereby advised that a court action has been filed on the following trademark(s) in the U.S. District Court Southern District of New York. Director of the U.S. Patent and Trademark Office electronically notified via Notice of Electronic Filing (NEF)..(jgo) (Entered: 07/08/2022) |
| 07/13/2022 | 16 | CERTIFICATE OF SERVICE. 99Dynamics Limited served on 7/8/2022. Service was accepted by Zara, Administrative Assistant. Document filed by Jackpocket, Inc...(Brennan, Mary) (Entered: 07/13/2022) |
| 07/13/2022 | 17 | CERTIFICATE OF SERVICE. Lottomatrix NY LLC served on 7/8/2022, answer due 7/29/2022. Service was accepted by Ashley Cepin, Agent. Document filed by Jackpocket, Inc...(Brennan, Mary) (Entered: 07/13/2022) |
| 07/18/2022 | 18 | CERTIFICATE OF SERVICE. Lottomatrix Corporation served on 7/8/2022, answer due 7/29/2022. Service was accepted by Teresa Grandison, Agent. Document filed by Jackpocket, Inc...(Brennan, Mary) (Entered: 07/18/2022) |
| 07/19/2022 | 19 | MOTION for Preliminary Injunction . Document filed by Jackpocket, Inc...(Brennan, Mary) (Entered: 07/19/2022) |
| 07/19/2022 | 20 | MEMORANDUM OF LAW in Support re: 19 MOTION for Preliminary Injunction . . Document filed by Jackpocket, Inc...(Brennan, Mary) (Entered: 07/19/2022) |
| 07/19/2022 | 21 | DECLARATION of Peter Sullivan in Support re: 19 MOTION for Preliminary Injunction .. Document filed by Jackpocket, Inc.. (Attachments: # 1 Exhibit A – Jackpocket courier licenses, New York Lottery and New Jersey Lottery, # 2 Exhibit B – U.S. Trademark Registration No. 4743194, # 3 Exhibit C – About Us, New York Lottery, # 4 Exhibit D – 9/28/15 ABC News Screenshot, # 5 Exhibit E – 9/29/15 ABC News Screenshot, # 6 Exhibit F – 9/30/15 CBS News Screenshot, # 7 Exhibit G – 1/12/21 NBC News Screenshot, # 8 Exhibit H – YouTube Video Screenshot, # 9 Exhibit I – Dice Gambling Games Article, # 10 Exhibit J – Irish Times Article, # 11 Exhibit K – Casino Article, # 12 Exhibit L – CNBC Article, # 13 Exhibit M – Sports Geek Article, # 14 Exhibit N – PlayUSA Article, # 15 Exhibit O – Seeking Alpha Article).(Brennan, Mary) (Entered: 07/19/2022) |
| 07/19/2022 | 22 | DECLARATION of Douglas A. Rettew in Support re: 19 MOTION for Preliminary Injunction .. Document filed by Jackpocket, Inc...(Brennan, Mary) (Entered: 07/19/2022) |
| 07/19/2022 | 23 | DECLARATION of Dr. Michael Barone in Support re: 19 MOTION for Preliminary Injunction .. Document filed by Jackpocket, Inc.. (Attachments: # 1 Appendix A – Barone CV, # 2 Appendix B – Survey Questionnaire, # 3 Appendix C – Images Shown to Test Group, # 4 Appendix D – Images Shown to Control Group).(Brennan, Mary) (Entered: 07/19/2022) |
| 07/19/2022 | 24 | PROPOSED ORDER. Document filed by Jackpocket, Inc.. Related Document Number: 19 ..(Brennan, Mary) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 07/19/2022) |
| 07/20/2022 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 24 Proposed Order was reviewed and approved as to form. (km)** (Entered: 07/20/2022) |
| 07/21/2022 | 25 | NOTICE OF APPEARANCE by Sona De on behalf of 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(De, Sona) (Entered: 07/21/2022) |
| 07/21/2022 | 26 | LETTER MOTION for Extension of Time addressed to Judge Lewis J. Liman from Sona De dated July 21, 2022. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(De, Sona) (Entered: 07/21/2022) |

| 07/22/2022 | 27 | ORDER granting 26 Letter Motion for Extension of Time (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 07/22/2022) |
|---|---|---|
| 07/26/2022 | 28 | MOTION for Rollin A. Ransom to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26466828. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Ransom, Rollin) (Entered: 07/26/2022) |
| 07/27/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 28 MOTION for Rollin A. Ransom to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26466828. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 07/27/2022) |
| 07/27/2022 | 29 | ORDER granting 28 Motion for Rollin A. Ransom to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (LCkl) Transmission to Attorney Services/Help Desk. (Entered: 07/27/2022) |
| 07/27/2022 | 30 | MOTION for Eric Schwartz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26473082. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Schwartz, Eric) (Entered: 07/27/2022) |
| 07/27/2022 | 31 | MOTION for Brooke Boll to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26473128. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Boll, Brooke) (Entered: 07/27/2022) |
| 07/28/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 30 MOTION for Eric Schwartz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26473082. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 07/28/2022) |
| 07/28/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 31 MOTION for Brooke Boll to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26473128. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 07/28/2022) |
| 07/28/2022 | 32 | MOTION for Danny Awdeh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26474290. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Jackpocket, Inc.. (Attachments: # 1 Affidavit of Danny Awdeh, # 2 Exhibit A − DC Certificate of Good Standing, # 3 Exhibit B − TN Certificate of Good Standing, # 4 Text of Proposed Order ).(Awdeh, Danny) (Entered: 07/28/2022) |
| 07/28/2022 | 33 | MOTION for Patrick Rodgers to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26474333. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Jackpocket, Inc.. (Attachments: # 1 Affidavit of Patrick Rodgers, # 2 Exhibit A − DC Certificate of Good Standing, # 3 Exhibit B − FL Certificate of Good Standing, # 4 Text of Proposed Order ).(Rodgers, Patrick) (Entered: 07/28/2022) |
| 07/28/2022 | 34 | PROPOSED PROTECTIVE ORDER. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited. (Attachments: # 1 Exhibit A− Redline Version, # 2 Supplement Letter).(Ransom, Rollin) (Entered: 07/28/2022) |
| 07/29/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 32 MOTION for Danny Awdeh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26474290. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 07/29/2022) |

| | | |
|---|---|---|
| 07/29/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 33 MOTION for Patrick Rodgers to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26474333. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 07/29/2022) |
| 07/29/2022 | 35 | MOTION for Douglas Rettew to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26479730. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Jackpocket, Inc.. (Attachments: # 1 Affidavit of Douglas Rettew, # 2 Exhibit A – DC Certificate of Good Standing, # 3 Exhibit B – NJ Certificate of Good Standing, # 4 Exhibit C – MD Certificate of Good Standing, # 5 Text of Proposed Order ).(Rettew, Douglas) (Entered: 07/29/2022) |
| 07/29/2022 | 36 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...SO ORDERED. (Signed by Judge Lewis J. Liman on 7/29/2022) (vfr) (Entered: 07/29/2022) |
| 08/01/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 35 MOTION for Douglas Rettew to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26479730. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 08/01/2022) |
| 08/01/2022 | 37 | ORDER granting 30 Motion for Eric Schwartz to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (LCkl) Transmission to Attorney Services/Help Desk. (Entered: 08/01/2022) |
| 08/01/2022 | 38 | ORDER granting 31 Motion for Brooke Boll to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (LCkl) Transmission to Attorney Services/Help Desk. (Entered: 08/01/2022) |
| 08/01/2022 | 39 | ORDER granting 32 Motion for Danny Awdeh to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (LCkl) Transmission to Attorney Services/Help Desk. (Entered: 08/01/2022) |
| 08/01/2022 | 40 | ORDER granting 33 Motion for Patrick Rodgers to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (LCkl) Transmission to Attorney Services/Help Desk. (Entered: 08/01/2022) |
| 08/01/2022 | 41 | ORDER granting 35 Motion for Douglas Rettew to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (LCkl) Transmission to Attorney Services/Help Desk. (Entered: 08/01/2022) |
| 08/02/2022 | 42 | LETTER MOTION to Seal addressed to Judge Lewis J. Liman from Rollin A. Ransom dated August 2, 2022. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Ransom, Rollin) (Entered: 08/02/2022) |
| 08/02/2022 | 43 | MEMORANDUM OF LAW in Opposition re: 19 MOTION for Preliminary Injunction . . Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Ransom, Rollin) (Entered: 08/02/2022) |
| 08/02/2022 | 44 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 19 MOTION for Preliminary Injunction . . Document filed by 99Dynamics Limited, Lottomatrix Operations Limited, Lottomatrix Corporation, Lottomatrix NY LLC, Lottomatrix Malta Limited, Jackpocket, Inc.. Motion or Order to File Under Seal: 42 .(Ransom, Rollin) (Entered: 08/02/2022) |
| 08/02/2022 | 45 | DECLARATION of Yariv Ron in Opposition re: 19 MOTION for Preliminary Injunction .. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Ransom, Rollin) (Entered: 08/02/2022) |
| 08/02/2022 | 46 | ***SELECTED PARTIES***DECLARATION of Yariv Ron in Opposition re: 19 MOTION for Preliminary Injunction .. Document filed by 99Dynamics Limited, Lottomatrix Operations Limited, Lottomatrix Corporation, Lottomatrix NY LLC, |

| | | |
|---|---|---|
| | | Lottomatrix Malta Limited, Jackpocket, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Motion or Order to File Under Seal: 42 .(Ransom, Rollin) (Entered: 08/02/2022) |
| 08/02/2022 | 47 | DECLARATION of Mika Brown in Opposition re: 19 MOTION for Preliminary Injunction .. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Ransom, Rollin) (Entered: 08/02/2022) |
| 08/02/2022 | 48 | DECLARATION of Itamar Simonson in Opposition re: 19 MOTION for Preliminary Injunction .. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Ransom, Rollin) (Entered: 08/02/2022) |
| 08/02/2022 | 49 | DECLARATION of Rollin A. Ransom in Opposition re: 19 MOTION for Preliminary Injunction .. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J).(Ransom, Rollin) (Entered: 08/02/2022) |
| 08/02/2022 | 50 | NOTICE of / Request for Judicial Notice in Support of Jackpot.com's Opposition to Motion for Preliminary Injunction. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Ransom, Rollin) (Entered: 08/02/2022) |
| 08/02/2022 | 51 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent 99Dynamics Limited for Lottomatrix Malta Limited, Lottomatrix Operations Limited; Corporate Parent Lottomatrix Corporation for Lottomatrix NY LLC; Corporate Parent Lottomatrix Malta Limited for Lottomatrix Corporation. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Ransom, Rollin) (Entered: 08/02/2022) |
| 08/02/2022 | 52 | CERTIFICATE OF SERVICE of Defendants' Opposition to Motion for Preliminary Injunction (Filed Under Seal), Declaration of Yariv Ron in Support of Defendants' Opposition to Motion for Preliminary Injunction (Filed Under Seal), Exhibit 1 of Yariv Ron's Declaration: Jackpot.com's February 2022 Presentation, and Exhibit 2 of Yariv Ron's Declaration: Jackpocket Email Correspondence Between Yariv Ron and Peter Sullivan dated April 14, 2022 served on All Counsel of Record on August 2, 2022. Service was made by Electronic Mail. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Ransom, Rollin) (Entered: 08/02/2022) |
| 08/03/2022 | | ORDER: The Court will hold a Scheduling Conference in this matter on August 8, 2022 at 12:00PM. The conference will be held remotely by telephone and parties are directed to dial into the Court's teleconference line at 888−251−2909 and use access code 2123101. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mf) (Entered: 08/03/2022) |
| 08/03/2022 | | Set/Reset Hearings: Scheduling Conference set for 8/8/2022 at 12:00 PM before Judge Lewis J. Liman. (mf) (Entered: 08/03/2022) |
| 08/08/2022 | 53 | MOTION for Troy Viger to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26518456. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Jackpocket, Inc.. (Attachments: # 1 Affidavit of Troy Viger, # 2 Exhibit A − GA Certificate of Good Standing, # 3 Text of Proposed Order ).(Viger, Troy) (Entered: 08/08/2022) |
| 08/08/2022 | | Minute Entry for proceedings held before Judge Lewis J. Liman: Scheduling Conference held on 8/8/2022 by Telephone. Douglas Rettew, Patrick Rodgers, and Mary Brennan present by telephone for Plaintiff. Rollin Ransom, Brooke Boll, and Eric Schwartz present by telephone for Defendants. Court reporter present by telephone. Oral Argument on the pending motion to dismiss and motion for preliminary injunction scheduled for October 5, 2022 at 11:00AM in Courtroom 15C |

| | | |
|---|---|---|
| | | at the 500 Pearl Street Courthouse before Judge Lewis J. Liman. (mf) (Entered: 08/08/2022) |
| 08/08/2022 | | Set/Reset Hearings: Oral Argument set for 10/5/2022 at 11:00 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman. (mf) (Entered: 08/08/2022) |
| 08/09/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 53 MOTION for Troy Viger to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26518456. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 08/09/2022) |
| 08/09/2022 | 54 | LETTER MOTION to Seal addressed to Judge Lewis J. Liman from Mary Kate Brennan dated August 9, 2022. Document filed by Jackpocket, Inc...(Brennan, Mary) (Entered: 08/09/2022) |
| 08/09/2022 | 55 | REPLY MEMORANDUM OF LAW in Support re: 19 MOTION for Preliminary Injunction . . Document filed by Jackpocket, Inc...(Brennan, Mary) (Entered: 08/09/2022) |
| 08/09/2022 | 56 | ***SELECTED PARTIES***DECLARATION of Peter Sullivan in Support re: 19 MOTION for Preliminary Injunction .. Document filed by Jackpocket, Inc., 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited. (Attachments: # 1 Exhibit A – Internal Jackpocket Email Correspondence, # 2 Exhibit B – NPC Gambling Email, # 3 Exhibit C – Austin FC Email)Motion or Order to File Under Seal: 54 .(Brennan, Mary) (Entered: 08/09/2022) |
| 08/09/2022 | 57 | DECLARATION of Peter Sullivan in Support re: 19 MOTION for Preliminary Injunction .. Document filed by Jackpocket, Inc.. (Attachments: # 1 Exhibit A – Internal Jackpocket Email Correspondence, # 2 Exhibit B – NPC Gambling Email, # 3 Exhibit C – Austin FC Email).(Brennan, Mary) (Entered: 08/09/2022) |
| 08/09/2022 | 58 | DECLARATION of Douglas A. Rettew in Support re: 19 MOTION for Preliminary Injunction .. Document filed by Jackpocket, Inc.. (Attachments: # 1 Exhibit A – Screen Capture of LinkedIn Profile of Sarah Steinon captured August 9, 2022, # 2 Exhibit B – Screen Capture of LinkedIn Profile of Mike Silveria captured August 9, 2022, # 3 Exhibit C – Screen Capture of jackpot.com website from May 18, 2021, # 4 Exhibit D – Screen Capture of jackpot.com website from June 5, 2022, # 5 Exhibit E – Screen Capture of us.jackpot.com website captured August 9, 2022).(Brennan, Mary) (Entered: 08/09/2022) |
| 08/09/2022 | 59 | ***SELECTED PARTIES***DECLARATION of Dr. Michael Barone in Support re: 19 MOTION for Preliminary Injunction .. Document filed by Jackpocket, Inc., 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited. Motion or Order to File Under Seal: 54 .(Brennan, Mary) (Entered: 08/09/2022) |
| 08/09/2022 | 60 | DECLARATION of Dr. Michael Barone in Support re: 19 MOTION for Preliminary Injunction .. Document filed by Jackpocket, Inc...(Brennan, Mary) (Entered: 08/09/2022) |
| 08/10/2022 | 61 | ORDER granting 53 Motion for Troy Viger to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (LCkl) Transmission to Attorney Services/Help Desk. (Entered: 08/10/2022) |
| 08/15/2022 | 62 | JOINT LETTER MOTION for Extension of Time addressed to Judge Lewis J. Liman from Rollin A. Ransom dated August 15, 2022. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Ransom, Rollin) (Entered: 08/15/2022) |
| 08/16/2022 | 63 | ORDER granting 62 Letter Motion for Extension of Time (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 08/16/2022) |
| 08/29/2022 | 64 | MOTION to Dismiss *Plaintiff's Complaint*. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Ransom, Rollin) (Entered: 08/29/2022) |

| | | |
|---|---|---|
| 08/29/2022 | 65 | MEMORANDUM OF LAW in Support re: 64 MOTION to Dismiss *Plaintiff's Complaint*. . Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Ransom, Rollin) (Entered: 08/29/2022) |
| 08/29/2022 | 66 | DECLARATION of Rollin A. Ransom in Support re: 64 MOTION to Dismiss *Plaintiff's Complaint*.. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited. (Attachments: # 1 Exhibit A – April 14, 1999 Office Action, # 2 Exhibit B – June 18, 1999 response to the Office Action, # 3 Exhibit C – Application for a federal trademark registration for JACKPOCKET.COM, # 4 Exhibit D – Screen capture of jackpocket.com on May 21, 2022, # 5 Exhibit E – Screen capture of jackpocket.com on May 26, 2022, # 6 Exhibit F – Screen capture of Jackpot.coms website on September 3, 2016, # 7 Exhibit G – Screen capture of us.jackpot.com on August 29, 2022).(Ransom, Rollin) (Entered: 08/29/2022) |
| 08/29/2022 | 67 | NOTICE of / Request for Judicial Notice in Support re: 64 MOTION to Dismiss *Plaintiff's Complaint*.. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Ransom, Rollin) (Entered: 08/29/2022) |
| 08/30/2022 | 68 | NOTICE OF APPEARANCE by Carey Richard Ramos on behalf of 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Ramos, Carey) (Entered: 08/30/2022) |
| 08/30/2022 | 69 | NOTICE OF APPEARANCE by Rachel Elizabeth Epstein on behalf of 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Epstein, Rachel) (Entered: 08/30/2022) |
| 08/30/2022 | 70 | NOTICE OF APPEARANCE by Todd Steven Anten on behalf of 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Anten, Todd) (Entered: 08/30/2022) |
| 08/30/2022 | 71 | NOTICE OF APPEARANCE by Donald J Reinhard on behalf of 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Reinhard, Donald) (Entered: 08/30/2022) |
| 08/31/2022 | 72 | LETTER addressed to Judge Lewis J. Liman from Rollin A. Ransom dated August 31, 2022 re: Declaration of Rollin A. Ransom in Support of Defendants' Motion to Dismiss. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited. (Attachments: # 1 Exhibit A).(Ransom, Rollin) (Entered: 08/31/2022) |
| 08/31/2022 | 73 | MOTION for Rollin A. Ransom, Sona De, Eric B. Schwartz, and Brooke S. Boll to Withdraw as Attorney . Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Ransom, Rollin) (Entered: 08/31/2022) |
| 09/01/2022 | 74 | MEMO ENDORSEMENT granting 73 Motion to Withdraw as Attorney. ENDORSEMENT: IT IS SO ORDERED. Attorney Eric Schwartz; Brooke Shanelle Boll and Rollin A. Ransom terminated. (Signed by Judge Lewis J. Liman on 9/1/2022) (ate) (Entered: 09/01/2022) |
| 09/01/2022 | 75 | ORDER: There is oral argument on the pending motion for a preliminary injunction and motion to dismiss scheduled for October 5, 2022 at 11:00 a.m. It is hereby ORDERED that the oral argument is adjourned to October 11, 2022 at 12:00 p.m. in Courtroom 15C of the 500 Pearl Street Courthouse. SO ORDERED., ( Oral Argument set for 10/11/2022 at 12:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman.) (Signed by Judge Lewis J. Liman on 9/01/2022) (ama) (Entered: 09/01/2022) |
| 09/06/2022 | 76 | LETTER MOTION for Discovery *& Evidentiary Hearing* addressed to Judge Lewis J. Liman from Rachel E. Epstein dated Sept. 6, 2022. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited. (Attachments: # 1 Exhibit A).(Epstein, Rachel) (Entered: 09/06/2022) |

| 09/07/2022 | <u>77</u> | LETTER MOTION for Discovery *OPPOSITION TO DEFENDANTS' MOTION* addressed to Judge Lewis J. Liman from Douglas Rettew dated September 7, 2022. Document filed by Jackpocket, Inc.. (Attachments: # <u>1</u> Exhibit A − 8/8/22 Scheduling Conference Transcript).(Rettew, Douglas) (Entered: 09/07/2022) |
|---|---|---|
| 09/07/2022 | <u>78</u> | LETTER REPLY to Response to Motion addressed to Judge Lewis J. Liman from Rachel E. Epstein dated Sept. 7, 2022 re: <u>76</u> LETTER MOTION for Discovery *& Evidentiary Hearing* addressed to Judge Lewis J. Liman from Rachel E. Epstein dated Sept. 6, 2022. . Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Epstein, Rachel) (Entered: 09/07/2022) |
| 09/08/2022 | <u>79</u> | ORDER granting <u>76</u> Letter Motion for Discovery; terminating <u>77</u> Letter Motion for Discovery. The motion for limited expedited discovery is granted. Defendants have established good cause based on the entirety of the record and that the request is reasonable in light of surrounding circumstances. See In re Keurig Green Mountain Single−serve Coffee Antitrust Litig., 2014 WL 12959675, at *1 (S.D.N.Y. July 23, 2014) (citing Ayyash v. Bank Al−Madina, 233 F.R.D. 325, 326 (S.D.N.Y. 2005)). Although the change of counsel does not establish good cause, the Court finds that limited expedited discovery "would better enable the court to judge the parties' interests and respective chances for success on the merits at a preliminary injunction hearing." Id. at *2 (quoting Phila. Newspapers, Inc. v. Gannett Satellite Info. Network, Inc., 1998 WL 404820, at *2 (E.D. Pa. July 15, 1998)). Moreover, Defendants did not act with undue delay. They substituted counsel within several weeks of the conference at which the Court set the date for the hearing on the motion for preliminary injunction, and that counsel promptly alerted Plaintiff to its intent to request expedited discovery, and then, when the parties were unable to reach agreement, raised the issue with the Court. Any prejudice to Plaintiff in the form of it having made plans for Mr. Sullivan to travel abroad in reliance on the expectation that there would be no discovery and in having to produce documents and prepare for depositions is not sufficient to justify denying the request for expedited discovery. In any event, any such prejudice can be addressed in meet−and−confers by the parties and by having witnesses testify remotely. To that end, and also because the Court will permit Plaintiff to take expedited discovery of Defendants, the parties are ordered to meet and confer and to submit to the Court no later than September 14, 2022, a proposed schedule for the expedited discovery, including the dates for the depositions of declarants such that prehearing briefs are due no later than the night of October 9, 2022. The Court will also convert the oral argument currently scheduled for October 11, 2022 to an evidentiary hearing. If Plaintiff is concerned about the difficulties that date poses for the availability of its witnesses, the proper course of action is for Plaintiff to seek an adjournment. This Order is without prejudice to the right of any party to move alternatively for a protective order on grounds that a particular request is burdensome or otherwise improper or to move to compel. The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 76 and 77. SO ORDERED. (Signed by Judge Lewis J. Liman on 9/8/2022) (vfr) (Entered: 09/08/2022) |
| 09/08/2022 | | Set/Reset Deadlines: Brief due by 10/9/2022. (vfr) (Entered: 09/08/2022) |
| 09/12/2022 | <u>80</u> | RESPONSE in Opposition to Motion re: <u>64</u> MOTION to Dismiss *Plaintiff's Complaint.* . Document filed by Jackpocket, Inc...(Rettew, Douglas) (Entered: 09/12/2022) |
| 09/13/2022 | <u>81</u> | TRANSCRIPT of Proceedings re: CONFERENCE held on 8/8/2022 before Judge Lewis J. Liman. Court Reporter/Transcriber: Sadie Herbert, (212) 805−0310. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/4/2022. Redacted Transcript Deadline set for 10/14/2022. Release of Transcript Restriction set for 12/12/2022..(McGuirk, Kelly) (Entered: 09/13/2022) |
| 09/13/2022 | <u>82</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 8/8/2022 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar |

| | | |
|---|---|---|
| | | days....(McGuirk, Kelly) (Entered: 09/13/2022) |
| 09/14/2022 | 83 | JOINT LETTER MOTION for Discovery *Scheduling Order Setting Deadlines for Expedited Discovery* addressed to Judge Lewis J. Liman from Rachel E. Epstein dated September 14, 2022. Document filed by 99Dynamics Limited. (Attachments: # 1 Text of Proposed Order re Scheduling Order).(Epstein, Rachel) (Entered: 09/14/2022) |
| 09/14/2022 | 84 | JOINT LETTER MOTION for Extension of Time to File Response/Reply as to 75 Order,, Set Deadlines/Hearings, *Request Adjournment of Reply Deadline and Oral Argument on Defendants' Motion to Dismiss,* addressed to Judge Lewis J. Liman from Rachel E. Epstein dated September 14, 2022. Document filed by 99Dynamics Limited..(Epstein, Rachel) (Entered: 09/14/2022) |
| 09/15/2022 | 85 | ORDER granting 84 Letter Motion for Extension of Time to File Response/Reply re 84 JOINT LETTER MOTION for Extension of Time to File Response/Reply as to 75 Order,, Set Deadlines/Hearings, *Request Adjournment of Reply Deadline and Oral Argument on Defendants' Motion to Dismiss,* addressed to Judge Lewis J. Liman (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (LCkl) (Entered: 09/15/2022) |
| 09/15/2022 | 86 | SCHEDULING ORDER FOR EXPEDITED DISCOVERY granting 83 Motion for Discovery. IT IS HEREBY ORDERED that the schedule for expedited discovery and pre–hearing briefs shall be as set forth below: As further set forth by this Order. The Court also so orders the parties' agreement to a cap of 10 document requests and 10 interrogatories per side, but without prejudice to either party's ability to serve limited additional documents requests and/or interrogatories based on specific need or new information that arises over the course of the expedited discovery period. The Court further orders that Jackpocket's witness, Mr. Peter Sullivan, will be the first witness to testify at the October 11, 2022 preliminary injunction hearing and should a scheduling issue arise relating to the duration of Mr. Sullivan's testimony, the parties are Ordered to confer in good faith. SO ORDERED. (Signed by Judge Lewis J. Liman on 9/15/2022) (tg) (Entered: 09/15/2022) |
| 09/15/2022 | | Set/Reset Deadlines: Deposition due by 10/6/2022. (tg) (Entered: 09/15/2022) |
| 09/22/2022 | 87 | LETTER MOTION for Discovery *to Preclude New Expert Report from Dr. Itamar Simonson* addressed to Judge Lewis J. Liman from Douglas Rettew dated September 22, 2022. Document filed by Jackpocket, Inc.. (Attachments: # 1 Exhibit A – Email Chain Regarding PI Discovery Schedule, # 2 Exhibit B – Email Chain Regarding Objection to Survey).(Rettew, Douglas) (Entered: 09/22/2022) |
| 09/26/2022 | 88 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis J. Liman from Rachel E. Epstein dated September 26, 2022 re: 87 LETTER MOTION for Discovery *to Preclude New Expert Report from Dr. Itamar Simonson* addressed to Judge Lewis J. Liman from Douglas Rettew dated September 22, 2022. . Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited. (Attachments: # 1 Exhibit A).(Epstein, Rachel) (Entered: 09/26/2022) |
| 09/27/2022 | | ORDER: A Telephone Conference is scheduled in this matter for today, September 27, 2022 at 4:30PM. Parties are directed to dial into the Court's teleconference line at 888–251–2909 and use access code 2123101. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mf) (Entered: 09/27/2022) |
| 09/27/2022 | | Set/Reset Hearings: Telephone Conference set for 9/27/2022 at 04:30 PM before Judge Lewis J. Liman. (mf) (Entered: 09/27/2022) |
| 09/27/2022 | 89 | ORDER denying 87 Letter Motion for Discovery (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 09/27/2022) |
| 09/27/2022 | | Minute Entry for proceedings held before Judge Lewis J. Liman: Telephone Conference held on 9/27/2022. Douglas Rettew, Patrick Rodgers, Mary Brennan, and Amy Fulton present by telephone for Plaintiff. Rachel Epstein, Donald Reinhard, and Todd Anten present by telephone for Defendants. The Court will permit Defendants to offer the survey. By Friday, September 30, 2022, parties are to inform the Court whether they want to proceed to trial on the merits on an expedited basis or continue with the PI hearing. (mf) (Entered: 09/28/2022) |

| 09/29/2022 | 90 | NOTICE OF APPEARANCE by Dylan I Scher on behalf of 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Scher, Dylan) (Entered: 09/29/2022) |
|---|---|---|
| 09/29/2022 | 91 | NOTICE OF APPEARANCE by Claudia T Bogdanos on behalf of 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Bogdanos, Claudia) (Entered: 09/29/2022) |
| 09/30/2022 | 92 | JOINT LETTER addressed to Judge Lewis J. Liman from Douglas A. Rettew and Rachel E. Epstein dated Sept. 30, 2022 re: Consolidation. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Epstein, Rachel) (Entered: 09/30/2022) |
| 09/30/2022 | 93 | MEMO ENDORSEMENT on re: 92 Letter, filed by 99Dynamics Limited, Lottomatrix Malta Limited, Lottomatrix NY LLC, Jackpot.com, Lottomatrix Corporation, Lottomatrix Operations Limited. ENDORSEMENT: The hearing set for October 11, 2022 will proceed as scheduled. SO ORDERED. (Signed by Judge Lewis J. Liman on 9/30/2022) (tg) (Entered: 09/30/2022) |
| 10/03/2022 | 94 | SCHEDULING ORDER: A Telephone Conference is scheduled in this matter for tomorrow, October 4, 2022, at 12:30PM to discuss procedures for the October 11, 2022 preliminary injunction hearing and a date for the trial on the merits to be held before the end of the calendar year. Parties are directed to dial into the Court's teleconference line at 888–251–2909 and use access code 2123101. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (ST) (Entered: 10/03/2022) |
| 10/04/2022 | | Minute Entry for proceedings held before Judge Lewis J. Liman: Case Management Conference held on 10/4/2022 by Telephone Conference. Douglas Rettew, Patrick Rodgers, and Mary Brennan present by telephone for Plaintiff. Rachel Epstein, Donald Reinhard, and Todd Anten present by telephone for Defendants. Court reporter present by telephone. Declarations are due by October 9, 2022. The October 11 hearing on the motion for a preliminary injunction will begin at 9:00AM in Courtroom 15C before Judge Lewis J. Liman. A hearing on the request for permanent injunction, equitable relief, and accounting is scheduled for November 14, 2022 at 9:00AM in Courtroom 15C before Judge Lewis J. Liman. Parties are directed to order a copy of the transcript of this conference, and the upcoming October 11 and November 14 hearings, on an expedited basis. (mf) (Entered: 10/04/2022) |
| 10/04/2022 | | Set/Reset Hearings: Preliminary Injunction Hearing set for 10/11/2022 at 09:00 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman. (mf) (Entered: 10/04/2022) |
| 10/04/2022 | | Set/Reset Hearings: Motion Hearing set for 11/14/2022 at 09:00 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman. (mf) (Entered: 10/04/2022) |
| 10/07/2022 | 95 | NOTICE OF APPEARANCE by Tai Hyun Park on behalf of 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Park, Tai) (Entered: 10/07/2022) |
| 10/11/2022 | 96 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/4/2022 before Judge Lewis J. Liman. Court Reporter/Transcriber: Steven Greenblum, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/1/2022. Redacted Transcript Deadline set for 11/14/2022. Release of Transcript Restriction set for 1/9/2023..(McGuirk, Kelly) (Entered: 10/11/2022) |
| 10/11/2022 | 97 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/4/2022 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 10/11/2022) |

| | | |
|---|---|---|
| 10/11/2022 | | Minute Entry for proceedings held before Judge Lewis J. Liman: Evidentiary Hearing held on 10/11/2022. Douglas Rettew, Patrick Rodgers, Mary Brennan, and Troy Viger present for Plaintiff. Rachel Epstein, Donald Reinhard, Todd Anten, Tai Park, and Dylan Scher present for Defendants. Court reporters Kristen Carannante and Khris Sellin present. No opening statements. Plaintiff called first witness, Peter Sullivan, and the witness was sworn. COURT EXHIBIT #1 – Sworn direct trial testimony declaration of Peter Sullivan. Witness's testimony is entered through sworn declaration and live examination by both parties. Testimony concluded and the witness was excused. Plaintiff called second witness (as expert witness), Dr. Michael Barone, and the witness was sworn. Court Exhibit #2 – Declaration and Expert Report of Dr. Michael Barone in Support of Jackpocket, Inc.'s Motion for a Preliminary Injunction dated July 18, 2022. Court Exhibit #3 – Declaration and Report of Dr. Michael Barone in Reply to the Declaration and Report of Dr. Itamar Simonson dated August 9, 2022. Court Exhibit #4 – Declaration and Report of Dr. Michael Barone in Reply to Survey and Supplemental Declaration of Dr. Itamar Simonson dated October 3, 2022. Witness's direct testimony is entered through sworn declaration and the witness was excused. Defendants called first witness (as expert witness), Dr. Itamar Simonson, and the witness was sworn. Court Exhibit #5 – Declaration of Itamar Simonson in Support of Defendants' Opposition to Motion for Preliminary Injunction dated August 2, 2022. Court Exhibit #6 – Supplemental Declaration of Dr. Itamar Simonson dated September 24, 2022. Court Exhibit #7 – Declaration of Dr. Itamar Simonson in Response to Dr. Michael Barone's October 3, 2022 Declaration and Report dated October 5, 2022. Witness's testimony is entered through sworn declaration and the witness was excused. (Expert witnesses were taken out of order prior to the Plaintiff's first witness completing his testimony.) Defendants called second witness, Yariv Ron, and the witness was sworn. COURT EXHIBIT #9 – Sworn direct trial testimony declaration of Yariv Ron. Witness's testimony is entered through sworn declaration and live examination by both parties. Testimony concluded and the witness was excused. Defendants case concluded. Plaintiff's case concluded. Evidence Entered. Preliminary Injunction Hearing Closing Arguments continued to Wednesday, October 12, 2022 at 9:00AM. See Transcript. (mf) (Entered: 10/12/2022) |
| 10/12/2022 | | Minute Entry for proceedings held before Judge Lewis J. Liman: Evidentiary Hearing held on 10/12/2022. Douglas Rettew, Patrick Rodgers, Mary Brennan, and Troy Viger present for Plaintiff. Rachel Epstein, Donald Reinhard, Todd Anten, Tai Park, and Dylan Scher present for Defendants. Court reporters Kristen Carannante and Khris Sellin present. The Court heard closing arguments from both Plaintiff and Defendants. Motion on preliminary injunction taken under advisement, decision reserved by the Court. See Transcript. (mf) (Entered: 10/17/2022) |
| 10/13/2022 | 98 | JOINT LETTER MOTION to Seal *Portions of the October 11, 2022 Preliminary Injunction Transcript* addressed to Judge Lewis J. Liman from Douglas Rettew dated October 13, 2022. Document filed by Jackpocket, Inc...(Rettew, Douglas) (Entered: 10/13/2022) |
| 10/14/2022 | 99 | JOINT LETTER MOTION to Seal *Portions of the October 12, 2022 Preliminary Injunction Transcript* addressed to Judge Lewis J. Liman from Douglas Rettew dated October 14, 2022. Document filed by Jackpocket, Inc...(Rettew, Douglas) (Entered: 10/14/2022) |
| 10/19/2022 | 100 | LETTER addressed to Judge Lewis J. Liman from Douglas Rettew dated October 19, 2022 re: Bench/Jury Trial. Document filed by Jackpocket, Inc...(Rettew, Douglas) (Entered: 10/19/2022) |
| 10/19/2022 | 101 | JOINT LETTER addressed to Judge Lewis J. Liman from Douglas A. Rettew and Rachel E. Epstein dated Oct. 19, 2022 re: Reply Brief Deadline. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Epstein, Rachel) (Entered: 10/19/2022) |
| 10/20/2022 | 102 | MEMO ENDORSEMENT on re: 101 Letter, filed by 99Dynamics Limited, Lottomatrix Malta Limited, Lottomatrix NY LLC, Jackpot.com, Lottomatrix Corporation, Lottomatrix Operations Limited. ENDORSEMENT: SO ORDERED. (Signed by Judge Lewis J. Liman on 10/20/2022) (va) (Entered: 10/20/2022) |

| | | |
|---|---|---|
| 10/21/2022 | 103 | LETTER addressed to Judge Lewis J. Liman from Rachel E. Epstein dated Oct. 21, 2022 re: Bench/Jury Trial. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Epstein, Rachel) (Entered: 10/21/2022) |
| 10/24/2022 | 104 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis J. Liman from Abigail T. Reardon dated October 24, 2022 re: 99 JOINT LETTER MOTION to Seal *Portions of the October 12, 2022 Preliminary Injunction Transcript* addressed to Judge Lewis J. Liman from Douglas Rettew dated October 14, 2022., 98 JOINT LETTER MOTION to Seal *Portions of the October 11, 2022 Preliminary Injunction Transcript* addressed to Judge Lewis J. Liman from Douglas Rettew dated October 13, 2022. *and to Intervene for Limited Purpose of Opposing Sealing of Transcript*. Document filed by Lotto.com, Inc.. (Attachments: # 1 Exhibit A – Article).(Reardon, Abigail) (Entered: 10/24/2022) |
| 10/25/2022 | 105 | JOINT LETTER addressed to Judge Lewis J. Liman from Douglas Rettew and Rachel Epstein dated October 25, 2022 re: Additional Evidence and Procedures. Document filed by Jackpocket, Inc...(Rettew, Douglas) (Entered: 10/25/2022) |
| 10/26/2022 | 106 | MEMO ENDORSEMENT on re: 105 Letter filed by Jackpocket, Inc. ENDORSEMENT: SO ORDERED. (Signed by Judge Lewis J. Liman on 10/26/2022) (va) (Entered: 10/26/2022) |
| 10/26/2022 | 107 | MOTION for Stacylyn Doore to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26873480. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited. (Attachments: # 1 Affidavit of Stacylyn Doore, # 2 Exhibit Certificate of Good Standing with the Supreme Court of the Commonwealth of Massachusetts, # 3 Text of Proposed Order to Appear Pro Hac Vice).(Doore, Stacylyn) (Entered: 10/26/2022) |
| 10/26/2022 | 108 | LETTER addressed to Judge Lewis J. Liman from Mary Kate Brennan dated October 26, 2022 re: Request to Unseal Evidentiary Hearing Transcripts. Document filed by Jackpocket, Inc...(Brennan, Mary) (Entered: 10/26/2022) |
| 10/27/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 107 MOTION for Stacylyn Doore to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26873480. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (sac)** (Entered: 10/27/2022) |
| 10/27/2022 | 109 | ORDER granting 107 Motion for Stacylyn Doore to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (st) Transmission to Attorney Services/Help Desk. (Entered: 10/27/2022) |
| 10/27/2022 | 110 | JOINT LETTER MOTION for Oral Argument *requesting entry of Proposed Scheduling Order setting deadlines for discovery, pre–trial submissions, and oral argument on trial record on November 15, 2022* addressed to Judge Lewis J. Liman from Rachel E. Epstein and Douglas A. Rettew dated October 27, 2022. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order).(Epstein, Rachel) (Entered: 10/27/2022) |
| 10/28/2022 | 111 | SCHEDULING ORDER granting 110 Motion for Oral Argument. IT IS HEREBY ORDERED that the schedule for discovery, pre–trial submissions, and trial shall be as set forth below: (As further set forth herein.) Oral Argument on Trial Record. 11/15/2022 at 2:00 PM in Courtroom 15C. IT IS FURTHER HEREBY ORDERED that, pursuant to Rule 6(B)(ii) of the Court's Individual Practices in Civil Cases, each party may file a pre–trial memorandum of law on or no later than Saturday, November 12, 2022. SO ORDERED. (Signed by Judge Lewis J. Liman on 10/28/2022) (va) (Entered: 10/28/2022) |
| 10/28/2022 | | Set/Reset Deadlines: Expert Discovery due by 11/10/2022. Fact Discovery due by 11/4/2022. Motions due by 11/12/2022. Pretrial Order due by 11/12/2022. Responses due by 11/14/2022. (va) (Entered: 10/28/2022) |

| 10/28/2022 | | Set/Reset Hearings: Oral Argument set for 11/15/2022 at 02:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman. (va) (Entered: 10/28/2022) |
|---|---|---|
| 11/08/2022 | 112 | NOTICE of DISCLOSURE OF AFFIRMATIVE DEFENSES. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Epstein, Rachel) (Entered: 11/08/2022) |
| 11/09/2022 | 113 | JOINT LETTER addressed to Judge Lewis J. Liman from Douglas A. Rettew and Rachel E. Epstein dated Nov. 9, 2022 re: requesting entry of Proposed Scheduling Order. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited. (Attachments: # 1 Text of Proposed Order re Scheduling Order).(Epstein, Rachel) (Entered: 11/09/2022) |
| 11/09/2022 | 114 | LETTER MOTION to Seal *portions of the concurrently filed letter motion to compel Plaintiff to produce certain documents* addressed to Judge Lewis J. Liman from Rachel E. Epstein dated November 9, 2022. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Epstein, Rachel) (Entered: 11/09/2022) |
| 11/09/2022 | 115 | ***SELECTED PARTIES*** LETTER MOTION to Compel Jackpocket, Inc. to Produce Documents addressed to Judge Lewis J. Liman from Rachel E. Epstein dated November 9, 2022. Document filed by 99Dynamics Limited, Lottomatrix Operations Limited, Lottomatrix Corporation, Lottomatrix NY LLC, Lottomatrix Malta Limited, Jackpocket, Inc.. (Attachments: # 1 Exhibit Set of RFPs, # 2 Exhibit Set of RFPs, # 3 Text of Proposed Order Proposed Order)Motion or Order to File Under Seal: 114 .(Reinhard, Donald) (Entered: 11/09/2022) |
| 11/09/2022 | 116 | LETTER MOTION to Compel Jackpocket, Inc. to Produce Documents *(Redacted)* addressed to Judge Lewis J. Liman from Rachel E. Epstein dated November 9, 2022. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited. (Attachments: # 1 Exhibit 1– RFPs, # 2 Exhibit 2– RFPs, # 3 Exhibit 3– Proposed Order (Redacted)).(Epstein, Rachel) (Entered: 11/09/2022) |
| 11/09/2022 | 117 | ORDER taking under advisement 115 Motion to Compel. Plaintiff to respond by no later than 3pm on November 10 by letter no more than 3 single spaced pages. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 11/09/2022) |
| 11/10/2022 | 118 | LETTER MOTION to Seal *Plaintiff's Opposition to Defendants' Motion to Compel* addressed to Judge Lewis J. Liman from Douglas Rettew dated November 10, 2022. Document filed by Jackpocket, Inc...(Rettew, Douglas) (Entered: 11/10/2022) |
| 11/10/2022 | 119 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis J. Liman from Douglas Rettew dated November 10, 2022 re: 115 LETTER MOTION to Compel Jackpocket, Inc. to Produce Documents addressed to Judge Lewis J. Liman from Rachel E. Epstein dated November 9, 2022. . Document filed by Jackpocket, Inc., 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited. (Attachments: # 1 Exhibit 1 – Jackpockets Nov. 9, 2022 Discovery Letter)Motion or Order to File Under Seal: 118 .(Rettew, Douglas) (Entered: 11/10/2022) |
| 11/10/2022 | 120 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis J. Liman from Douglas Rettew dated November 10, 2022 re: 116 LETTER MOTION to Compel Jackpocket, Inc. to Produce Documents *(Redacted)* addressed to Judge Lewis J. Liman from Rachel E. Epstein dated November 9, 2022. *(Redacted)*. Document filed by Jackpocket, Inc.. (Attachments: # 1 Exhibit 1 – Jackpockets Nov. 9, 2022 Discovery Letter).(Rettew, Douglas) (Entered: 11/10/2022) |
| 11/10/2022 | 121 | ***SELECTED PARTIES*** ORDER denying 115 Letter Motion to Compel. (Signed by Judge Lewis J. Liman on 11/10/2022) (st) (Entered: 11/10/2022) |
| 11/10/2022 | 122 | ORDER denying 116 Letter Motion to Compel. (Signed by Judge Lewis J. Liman on 11/10/2022) (st) (Entered: 11/10/2022) |

| 11/10/2022 | 123 | AMENDED SCHEDULING ORDER: IT IS HEREBY ORDERED that the schedule for pre−trial submissions and trial shall be as set forth below: As further set forth by this Order. SO ORDERED. Motions due by 11/14/2022. Responses due by 11/16/2022 Oral Argument set for 11/17/2022 at 10:00 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman. Pretrial Order due by 11/14/2022. (Signed by Judge Lewis J. Liman on 11/10/2022) (tg) (Entered: 11/10/2022) |
|---|---|---|
| 11/14/2022 | 124 | LETTER MOTION to Seal *the Courtroom* addressed to Judge Lewis J. Liman from Douglas Rettew dated November 14, 2022. Document filed by Jackpocket, Inc...(Rettew, Douglas) (Entered: 11/14/2022) |
| 11/15/2022 | | Minute Entry for proceedings held before Judge Lewis J. Liman: Telephone Conference held on 11/15/2022 in re: (Dkt. No. 124) Letter Motion to Seal the Courtroom. Douglas Rettew, Patrick Rodgers, and Mary Brennan present for Plaintiff. Rachel Epstein, Donald Reinhard, Todd Anten, and Dylan Scher present for Defendants. Parties are directed to meet and confer, and plaintiff is to identify specific items with concerns about confidentiality. If there is a dispute regarding the items identified, then the Court will hear from parties prior to the hearing on November 17. Each side will be given one hour for argument at the November 17 hearing. (mf) (Entered: 11/17/2022) |
| 11/17/2022 | | Minute Entry for proceedings held before Judge Lewis J. Liman: Oral Argument held on 11/17/2022 re: 110 JOINT LETTER MOTION for Oral Argument *requesting oral argument on trial record on November 15, 2022* addressed to Judge Lewis J. Liman from Rachel E. filed by 99Dynamics Limited, Lottomatrix Malta Limited, Lottomatrix NY LLC, Jackpot.com, Lottomatrix Corporation, Lottomatrix Operations Limited. Douglas Rettew, Patrick Rodgers, Mary Brennan, and Troy Viger present for Plaintiff. Rachel Epstein, Donald Reinhard, Todd Anten, and Carey Ramos present for Defendants. Court reporter present. The Court heard argument on the trial record from both parties. All trial submissions and evidence has been submitted to the Court in writing. With the conclusion of closing arguments, the case is now considered to be fully submitted. Decision reserved by the Court. See Transcript. (mf) (Entered: 11/18/2022) |
| 12/07/2022 | 125 | OPINION AND ORDER re: 19 MOTION for Preliminary Injunction . filed by Jackpocket, Inc.. The Clerk of Court is respectfully directed to close Dkt. No. 19. SO ORDERED. (Signed by Judge Lewis J. Liman on 12/7/2022) (tg). (Entered: 12/07/2022) |
| 12/07/2022 | 126 | ORDER: As reflected in an Opinion and Order being filed under seal contemporaneously with this Order, the Court denies the request of plaintiff Jackpocket, Inc. ("Plaintiff") for a permanent injunction and other equitable relief. The parties are directed to meet and confer with respect to the material that should be filed under seal. By no later than December 14, 2022, any party desiring material to be filed under seal shall submit a letter motion requesting that relief. The letter motion shall be in the form of a publicly filed document indicating by page number thespecific basis upon which sealing is sought (consistent with the requirements set forth inAttachment B to the Court's Individual Practices in Civil Cases, Effective: June 17, 2022, and available on the Court's website). A copy of the Court's opinion and order highlighted to indicate the specific words and sentences as to which such party requests sealing shall also be submitted, but this document may be filed under seal. The parties are reminded that any request for sealing must be consistent with the presumption of public access to judicial documents. See, e.g., Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119−20 (2d Cir. 2006). The Court will consider the parties' request alongside the relevant caselaw before filing a publicly accessible version of the Opinion and Order. Absent further order of the Court, failure to file a motion by December 14, 2022, will result in waiver of the right to request filing under seal and the opinion will be filed on the public docket. (Signed by Judge Lewis J. Liman on 12/7/2022) (ks) (Entered: 12/07/2022) |
| 12/07/2022 | 131 | OPINION AND ORDER: For the reasons stated above, Jackpocket has not demonstrated that Jackpot.com has infringed its trademarks or that its other causes of action have merit. Jackpocket's request for a permanent injunction and accounting is thus denied. The Clerk of Court is respectfully directed to close Dkt. No. 19. SO ORDERED. (Signed by Judge Lewis J. Liman on 12/7/2022) (tg) (Entered: 12/15/2022) |

| | | |
|---|---|---|
| 12/14/2022 | 127 | LETTER MOTION to Seal addressed to Judge Lewis J. Liman from Rachel E. Epstein re: redactions to December 7, 2022 Opinion and Order (Dkt. 125) dated December 14, 2022. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited..(Epstein, Rachel) (Entered: 12/14/2022) |
| 12/14/2022 | 128 | ***SELECTED PARTIES*** LETTER addressed to Judge Lewis J. Liman from Rachel E. Epstein dated December 14, 2022 re: redactions to December 7, 2022 Opinion and Order (Dkt. 125). Document filed by 99Dynamics Limited, Lottomatrix Operations Limited, Jackpocket, Inc., Lottomatrix Corporation, Lottomatrix NY LLC, Lottomatrix Malta Limited. (Attachments: # 1 Exhibit A– OPINION AND ORDER)Motion or Order to File Under Seal: 127 .(Epstein, Rachel) (Entered: 12/14/2022) |
| 12/14/2022 | 129 | LETTER MOTION to Seal addressed to Judge Lewis J. Liman from Douglas Rettew dated December 14, 2022. Document filed by Jackpocket, Inc.. (Attachments: # 1 Exhibit A – Chart of Proposed Redactions, # 2 Exhibit B – Filed Under Seal).(Rettew, Douglas) (Entered: 12/14/2022) |
| 12/14/2022 | 130 | ***SELECTED PARTIES*** LETTER addressed to Judge Lewis J. Liman from Douglas Rettew dated December 14, 2022 re: redactions to December 7, 2022 Opinion and Order (Dkt. 125). Document filed by 99Dynamics Limited, Lottomatrix Operations Limited, Jackpocket, Inc., Lottomatrix Corporation, Lottomatrix NY LLC, Lottomatrix Malta Limited. (Attachments: # 1 Exhibit A – Chart of Proposed Redactions, # 2 Exhibit B – Highlighted Opinion and Order)Motion or Order to File Under Seal: 129 .(Rettew, Douglas) (Entered: 12/14/2022) |
| 12/15/2022 | 132 | MEMORANDUM AND ORDER granting 42 Letter Motion to Seal; granting 54 Letter Motion to Seal; granting 114 Letter Motion to Seal; granting 118 Letter Motion to Seal; granting 127 Letter Motion to Seal; granting 129 Letter Motion to Seal. The Clerk of Court is respectfully directed to close Dkt. Nos. 42, 54, 114, 118, 127, and 129. (Signed by Judge Lewis J. Liman on 12/15/2022) (tg) (Entered: 12/16/2022) |
| 12/22/2022 | 133 | LETTER addressed to Judge Lewis J. Liman from Rachel E. Epstein dated Dec. 22, 2022 re: Entry of Final Judgment. Document filed by 99Dynamics Limited, Lottomatrix Corporation, Lottomatrix Malta Limited, Lottomatrix NY LLC, Lottomatrix Operations Limited. (Attachments: # 1 Text of Proposed Order [Proposed] Final Judgment).(Epstein, Rachel) (Entered: 12/22/2022) |
| 12/23/2022 | 134 | ORDER. Defendants have requested that the Court enter final judgment in Defendants' favor on all of the claims of plaintiff Jackpocket, Inc. ("Plaintiff") and instruct the Clerk of Court to close this case. See Dkt. No. 133. Plaintiff is directed to respond by December 28, 2022 to Defendants' request for entry of judgment. SO ORDERED. (Signed by Judge Lewis J. Liman on 12/23/22) (yv) (Entered: 12/23/2022) |
| 12/28/2022 | 135 | LETTER addressed to Judge Lewis J. Liman from Douglas Rettew dated December 28, 2022 re: Response to Defendants' Request for Entry of Judgment. Document filed by Jackpocket, Inc.. (Attachments: # 1 Text of Proposed Order [Proposed] Final Judgment).(Rettew, Douglas) (Entered: 12/28/2022) |
| 12/29/2022 | 136 | ORDER denying as moot 64 Motion to Dismiss (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (st) (Entered: 12/29/2022) |
| 12/29/2022 | 137 | FINAL JUDGMENT: Having determined that Plaintiff failed to succeed on the merits of each of its causes of action, JUDGMENT is hereby entered in favor of Defendants and against Plaintiff on all causes of action, and Plaintiff shall take nothing by its suit. Plaintiff's claims are hereby DISMISSED WITH PREJUDICE. Defendants shall recover from Plaintiff the costs of suit according to proof. IT IS SO ORDERED. (Signed by Judge Lewis J. Liman on 12/29/2022) (va) (Entered: 12/29/2022) |
| 01/04/2023 | 138 | NOTICE OF APPEAL from 137 Judgment,. Document filed by Jackpocket, Inc.. Filing fee $ 505.00, receipt number ANYSDC–27159054. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Rettew, Douglas) (Entered: 01/04/2023) |
| 01/04/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 138 Notice of Appeal..(nd) (Entered: 01/04/2023) |

| 01/04/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for <u>138</u> Notice of Appeal filed by Jackpocket, Inc. were transmitted to the U.S. Court of Appeals..(nd) (Entered: 01/04/2023) |